02-11-111-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00111-CV

 

 


 
 
 Michael Keith Ives
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Lisa Ann Ives
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 322nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Notice Of Dismissal.”  It
is the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See
Tex. R. App. P. 42.1(d).

 

PER
CURIAM

PANEL: 
GABRIEL,
J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DELIVERED:
 April 28, 2011









[1]See Tex. R. App. P. 47.4.